PEOPLE v. AMY.

This case is controlled by *People* v. *McCulloch* (1967), 8 Mich App 481.

Appeal from Tuscola; Churchill (James P.), J. Submitted Division 2 May 2, 1967, at Lansing. (Docket No. 2,527.) Decided November 30, 1967.

Frank Lynn Amy was convicted of breaking and entering with intent to commit a felony. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *James J. Epskamp,* Prosecuting Attorney.

*Richard F. Kern,* for defendant on appeal.

LEVIN, J. The appellant here was convicted of breaking and entering with intent to commit a felony* on his plea of guilty. He and William Carl McCulloch were involved in the same crime and the same claims of error are asserted as in McCulloch's case. The transcript and record in *People v. McCulloch* (1967), 8 Mich App 481, are in all material respects identical with this case. For the reasons set forth in *McCulloch* the judgment in this case is affirmed.

T. G. KAVANAGH, P. J., and SULLIVAN, J., concurred.

---

* CL 1948, § 750.110, as amended by PA 1964, No 133 (Stat Ann 1965 Cum Supp § 28.305).